**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kristy Bernard                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12301 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Aurora Financial Group, Inc. and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
27 Aug 2021, 16:20:06, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322