Certificate Number: 03088-PAE-DE-035970072

Bankruptcy Case Number: 21-12301



03088-PAE-DE-035970072

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2021</u>, at <u>4:44</u> o'clock <u>PM CDT</u>, <u>Kristy S Bernard</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 6, 2021                By:   /s/Doug Tonne

                                          Name: Doug Tonne

                                          Title: Counselor