| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-12301-AMC

Kristy Bernard                                           Petition Filed Date: 08/19/2021
216 Folin Street                                         341 Hearing Date: 09/24/2021
Coatesville  PA     19320                                Confirmation Date: 02/02/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | $155.00 | | 10/18/2021 | $155.00 | | 10/29/2021 | $155.00 | |
| 11/16/2021 | $155.00 | | 11/29/2021 | $155.00 | | 12/10/2021 | $155.00 | |
| 12/28/2021 | $155.00 | | 01/07/2022 | $155.00 | | 01/24/2022 | $155.00 | |
| 02/04/2022 | $155.00 | | 02/22/2022 | $155.00 | | 03/04/2022 | $155.00 | |
| 03/21/2022 | $155.00 | | 04/04/2022 | $155.00 | | 04/21/2022 | $155.00 | |
| 05/05/2022 | $155.00 | | 05/19/2022 | $155.00 | | 06/03/2022 | $155.00 | |
| 06/16/2022 | $155.00 | | 06/30/2022 | $155.00 | | 07/14/2022 | $155.00 | |
| 07/28/2022 | $155.00 | | | | | | | |

**Total Receipts for the Period: $3,410.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,410.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,498.00 | $2,994.60 | $503.40 |
| 1 | DISCOVER STUDENT LOANS<br>»»  001 | Unsecured Creditors | $68,914.65 | $0.00 | $68,914.65 |
| 2 | NAVIENT SOLUTIONS INC<br>»»  002 | Unsecured Creditors | $25,614.75 | $0.00 | $25,614.75 |
| 3 | NAVIENT SOLUTIONS INC<br>»»  003 | Unsecured Creditors | $13,942.31 | $0.00 | $13,942.31 |
| 4 | ASCENDIUM EDUCATION SOLUTIONS INC<br>»»  004 | Unsecured Creditors | $82,887.23 | $0.00 | $82,887.23 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»»  005 | Unsecured Creditors | $11,816.57 | $0.00 | $11,816.57 |
| 6 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»»  006 | Unsecured Creditors | $22,545.46 | $0.00 | $22,545.46 |
| 7 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12301-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,410.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $2,994.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $272.80 | Total Plan Base: | $18,600.00 |
| Funds on Hand: | $142.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.