| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-12301-AMC

| | |
|---|---|
| Kristy Bernard | Petition Filed Date: 08/19/2021 |
| 216 Folin Street | 341 Hearing Date: 09/24/2021 |
| Coatesville  PA    19320 | Confirmation Date: 02/02/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2022 | $155.00 | | 08/25/2022 | $155.00 | | 09/09/2022 | $155.00 | |
| 09/22/2022 | $155.00 | | 10/06/2022 | $155.00 | | 10/20/2022 | $155.00 | |
| 11/04/2022 | $155.00 | | 11/21/2022 | $155.00 | | 12/02/2022 | $155.00 | |
| 12/15/2022 | $155.00 | | 12/30/2022 | $155.00 | | 01/12/2023 | $155.00 | |
| 01/26/2023 | $155.00 | | 02/09/2023 | $155.00 | | 02/24/2023 | $155.00 | |
| 03/09/2023 | $155.00 | | 03/23/2023 | $155.00 | | 04/06/2023 | $155.00 | |
| 04/20/2023 | $155.00 | | 05/04/2023 | $155.00 | | 05/18/2023 | $155.00 | |
| 06/02/2023 | $155.00 | | 06/15/2023 | $155.00 | | 06/29/2023 | $155.00 | |
| 07/13/2023 | $155.00 | | 07/27/2023 | $155.00 | | | | |

**Total Receipts for the Period:  $4,030.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,595.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,498.00 | $3,498.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $68,914.65 | $974.47 | $67,940.18 |
| 2 | NAVIENT SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $25,614.75 | $362.18 | $25,252.57 |
| 3 | NAVIENT SOLUTIONS INC<br>»» 003 | Unsecured Creditors | $13,942.31 | $197.16 | $13,745.15 |
| 4 | ASCENDIUM EDUCATION SOLUTIONS INC<br>»» 004 | Unsecured Creditors | $82,887.23 | $1,172.06 | $81,715.17 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $11,816.57 | $152.33 | $11,664.24 |
| 6 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»» 006 | Unsecured Creditors | $22,545.46 | $318.83 | $22,226.63 |
| 7 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12301-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,595.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $6,675.03 | Arrearages: | ($465.00) |
| Paid to Trustee: | $623.10 | Total Plan Base: | $18,600.00 |
| Funds on Hand: | $296.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.