| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12301-AMC**

Kristy Bernard
216 Folin Street
Coatesville  PA    19320

Petition Filed Date: 08/19/2021
341 Hearing Date: 09/24/2021
Confirmation Date: 02/02/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $155.00 | | 08/24/2023 | $155.00 | | 09/08/2023 | $155.00 | |
| 09/21/2023 | $155.00 | | 10/05/2023 | $155.00 | | 10/19/2023 | $155.00 | |
| 11/02/2023 | $155.00 | | 11/16/2023 | $155.00 | | 12/01/2023 | $155.00 | |
| 12/14/2023 | $155.00 | | 01/02/2024 | $155.00 | | 01/11/2024 | $155.00 | |
| 01/25/2024 | $155.00 | | 02/08/2024 | $155.00 | | 02/23/2024 | $155.00 | |
| 03/07/2024 | $155.00 | | 03/21/2024 | $155.00 | | 04/04/2024 | $155.00 | |
| 04/18/2024 | $155.00 | | 05/02/2024 | $155.00 | | 05/20/2024 | $155.00 | |
| 05/31/2024 | $155.00 | | 06/13/2024 | $155.00 | | 06/27/2024 | $155.00 | |
| 07/12/2024 | $155.00 | | 07/25/2024 | $155.00 | | | | |

**Total Receipts for the Period:  $4,030.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,498.00 | $3,498.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $68,914.65 | $2,169.36 | $66,745.29 |
| 2 | NAVIENT SOLUTIONS LLC<br>»» 002 | Unsecured Creditors | $25,614.75 | $806.30 | $24,808.45 |
| 3 | NAVIENT SOLUTIONS LLC<br>»» 003 | Unsecured Creditors | $13,942.31 | $438.87 | $13,503.44 |
| 4 | ASCENDIUM EDUCATION SOLUTIONS INC<br>»» 004 | Unsecured Creditors | $82,887.23 | $2,609.22 | $80,278.01 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $11,816.57 | $372.03 | $11,444.54 |
| 6 | LIGHTSTREAM, A DIVISION<br>»» 006 | Unsecured Creditors | $22,545.46 | $709.78 | $21,835.68 |
| 7 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12301-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,780.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $10,603.56 | Arrearages: | ($620.00) |
| Paid to Trustee: | $1,036.94 | Total Plan Base: | $18,600.00 |
| Funds on Hand: | $139.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.