WWR#MGV18222112301

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 21-12301 |
| | ) | |
| KRISTY S BERNARD | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | JUDGE Ashley M. Chan |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM #1-1

**NOW COMES** Creditor, Discover Student Loans c/o Weltman, Weinberg & Reis Co., LPA, and hereby provides notice that the Proof of Claim #1-1 filed in the amount of $68,914.65 has been satisfied and any future disbursements by the Trustee should cease at this time.

Respectfully submitted,
/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I certify that on the 25th day of February, 2025 a true and correct copy of the foregoing Notice of Satisfaction of Claim was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Attorney for Debtor

Chapter 13 Trustee

Office of the U.S. Trustee

and by regular U.S. Mail, postage prepaid on:

KRISTY S BERNARD
216 FOLIN ST
COATESVILLE, PA 19320

/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com