UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| KRISTY BENARD | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 21-12301-AMC |
| | : | |

# ORDER

**AND NOW,** upon consideration of the Chapter 13 Trustee's Motion to Declare the Discover Student Loans' claim No. 1 as "Paid in Full", and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the motion is **GRANTED.** Claim number 1 shall be marked "paid in full" and the Trustee shall not make any further disbursements to Discover Student Loans regarding that claim in this case.

BY THE COURT

_____
HON. ASHELY M. CHAN
CHIEF BANKRUPTCY JUDGE

_____
Date

**Date: March 7, 2025**