| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-12301-AMC**

| | |
|---|---|
| Kristy Bernard | Petition Filed Date: 08/19/2021 |
| 216 Folin Street | 341 Hearing Date: 09/24/2021 |
| Coatesville  PA   19320 | Confirmation Date: 02/02/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $155.00 | | 08/22/2024 | $155.00 | | 09/06/2024 | $155.00 | |
| 09/19/2024 | $155.00 | | 10/03/2024 | $155.00 | | 10/18/2024 | $155.00 | |
| 10/31/2024 | $155.00 | | 11/15/2024 | $155.00 | | 12/03/2024 | $155.00 | |
| 12/12/2024 | $155.00 | | 12/27/2024 | $155.00 | | 01/10/2025 | $155.00 | |
| 01/24/2025 | $155.00 | | 02/06/2025 | $155.00 | | 02/24/2025 | $155.00 | |
| 03/06/2025 | $155.00 | | 03/20/2025 | $155.00 | | 04/07/2025 | $155.00 | |
| 04/17/2025 | $155.00 | | 05/01/2025 | $155.00 | | 05/15/2025 | $155.00 | |
| 06/02/2025 | $155.00 | | 06/12/2025 | $155.00 | | 06/27/2025 | $155.00 | |
| 07/11/2025 | $155.00 | | 07/24/2025 | $155.00 | | | | |

**Total Receipts for the Period:  $4,030.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,498.00 | $3,498.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $2,340.19 | $2,340.19 | $0.00 |
| 2 | NAVIENT SOLUTIONS LLC<br>»» 002 | Unsecured Creditors | $25,614.75 | $1,409.50 | $24,205.25 |
| 3 | NAVIENT SOLUTIONS LLC<br>»» 003 | Unsecured Creditors | $13,942.31 | $767.18 | $13,175.13 |
| 4 | ASCENDIUM EDUCATION SOLUTIONS INC<br>»» 004 | Unsecured Creditors | $82,887.23 | $4,561.14 | $78,326.09 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $11,816.57 | $650.31 | $11,166.26 |
| 6 | LIGHTSTREAM, A DIVISION<br>»» 006 | Unsecured Creditors | $22,545.46 | $1,240.70 | $21,304.76 |
| 7 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12301-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,810.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $14,467.02 | Arrearages: | ($930.00) |
| Paid to Trustee: | $1,342.98 | Total Plan Base: | $18,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.