*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                    Chapter: 13

     Kristy Bernard

Debtor(s)                                                          Case No: 21−12301−amc

---

### *ORDER*

     AND NOW, May 20, 2026, it appearing that the debtor must file either a certificate regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the certificate regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall file

    ☐  A certificate regarding completion of an instructional course concerning
       personal financial management, or a request for a waiver from such requirement.

    ☑  A certification regarding domestic support obligations and Section 522(q),
       (Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                               For The Court

                               Ashely M. Chan

                               Chief Judge, United States
                               Bankruptcy Court