United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 21-12301-amc

Kristy Bernard                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 3

Date Rcvd: May 26, 2026                          Form ID: 138OBJ                          Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristy Bernard, 216 Folin Street, Coatesville, PA 19320-6634 |
| 14632537 | + | Aurora Financial Group, Inc., C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14630799 | Email/Text: fas.bankruptcy@fiserv.com | May 27 2026 03:58:00 | Brookline Bank, Pob 61787, King Of Prussia, PA 19406 |
| 14630800 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 04:03:56 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14630801 | + Email/Text: DSLBKYPRO@discover.com | May 27 2026 03:58:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14631983 | + Email/Text: DSLBKYPRO@discover.com | May 27 2026 03:58:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15133760 | Email/Text: ECMCBKNotices@ecmc.org | May 27 2026 03:58:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14633328 | Email/PDF: Bankruptcy_Prod@mohela.com | May 27 2026 04:03:55 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14630802 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 27 2026 04:03:52 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14630804 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 03:58:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14633678 | Email/Text: ECMCBKNotices@ecmc.org | May 27 2026 03:58:00 | Nelnet obo Ascendium Education Solutions, Inc., Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14630806 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 27 2026 03:58:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14640962 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 27 2026 03:58:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14646040 | Email/Text: Bankruptcy@roundpointmortgage.com | May 27 2026 03:58:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: 138OBJ | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 14630808 | ^  MEBN | May 27 2026 03:54:53 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14635333 | +  Email/Text: bankruptcy@bbandt.com | May 27 2026 03:58:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14630809 | +  Email/Text: bankruptcy@bbandt.com | May 27 2026 03:58:00 | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |
| 14630810 | +  Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 27 2026 04:03:55 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4927 |
| 14634669 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 27 2026 04:03:58 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14630803 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14630805 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14630807 | *+ | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| BRAD J. SADEK | on behalf of Debtor Kristy Bernard brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Aurora Financial Group  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT DAVID FINK | on behalf of Creditor Discover Student Loans sfink@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: May 26, 2026                       Form ID: 138OBJ                            Total Noticed: 21

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 42 – 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Kristy Bernard | ) | Case No. 21–12301–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 26, 2026                                 For The Court

                                                         Mohung Wong
                                                          Clerk of Court