UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KRISTY BERNARD,

Debtor(s).

CHAPTER 13
CASE NO.: 21-12301-amc

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Riles 2002 and 9007 and Bankruptcy Code §§ 102(1), 342 and 1109(b), Aurora Financial Group, Inc. requests special notice of all matters that must be noticed to creditors, equity security holders, and any other parties in interest whether sent by the Court, the Trustee, or any other party in the above captioned proceedings.

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
cdenardo@dallegal.com

File No. 2971-235744

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, June 18, 2026, a copy of the foregoing was served

via the court's ECF system on these entities and individuals who are listed on the Court's Electronic

Mail Notice List:

BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102
*Attorney for Debtor(s)*

SCOTT F. WATERMAN
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

KRISTY BERNARD
216 FOLIN STREET
COATESVILLE, PA 19320
*Debtor(s)*

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
cdenardo@dallegal.com