**Fill in this information to identify the case:**

Debtor 1    KRISTY BERNARD

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of PENNSYLVANIA
(State)

Case number    21-12301-amc

---

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

| Part 1: | Mortgage Information |
|---|---|

Name of claim holder:    **Aurora Financial Group, Inc.**

Court claim no. (if known):

8

Last 4 digits of any number you use to identify the debtor's account:

Property address:

216 FOLIN ST
Number    Street

COATESVILLE,  PENNSYLVANIA  19320
City                State        ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:    $0.00.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
as of the date of this notice:    $ _____.

☐  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining
unpaid as of the date of this notice:    $ _____.

## Part 3:    Postpetition Payments

(a) *Check all that apply:*

X    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

❑    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____

❑    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 6/11/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 8/1/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,336.63 |
| iv. | Unpaid principal balance of the loan: | $230,048.49 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $0.00 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

## Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:**      **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

     **X** /s/ **Christopher A DeNardo**        Date ___/___/___
       Signature

| | | |
|---|---|---|
| Name | Christopher A DeNardo<br>First name    Middle name    Last name | Title Attorney for the Creditor |
| Company | Diaz Anselmo & Associates, LLC | |
| Address | PO BOX 19519<br>Number    Street | |
| | Fort Lauderdale,  FL     33318<br>City      State    Zip Code | |

Contacted phone (954) 564-071           Email: cdenardo@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, June 18, 2026, a copy of the foregoing was served via the court's

ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102
*Attorney for Debtor(s)*

SCOTT F. WATERMAN
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

KRISTY BERNARD
216 FOLIN STREET
COATESVILLE, PA 19320
*Debtor(s)*

By  /s/ Christopher A DeNardo
Christopher A DeNardo          Bar No. 78447
cdenardo@dallegal.com

# ✦ roundpoint

## Payoff Statement

June 16, 2026

[REDACTED]

Loan Number:      [REDACTED]
Mortgagor Name(s):    Danielle Bernard and Kristy Bernard
Property Address:      216 Folin St
                         Coatesville PA 19320

Dear REQUESTOR:

RoundPoint Mortgage Servicing LLC (RoundPoint) is writing you because you recently requested a payoff quote on the above referenced mortgage loan.

RoundPoint will cancel any automated clearinghouse (ACH) payments once a loan pays in full, but we may not be able to prevent drafts scheduled within five (5) business days of receiving payoff funds. Please log in to your online account or contact RoundPoint to cancel your recurring payment once you have confirmed that your loan will be paid off.

Once your loan has been paid in full, please contact any bill pay provider to cancel and delete any future payments.

The payoff quote is enclosed for your records.

**Be Careful:** Scammers may attempt to provide false payoff instructions to divert funds-even creating altered payoff quotes! Confirm you are using the correct wiring instructions prior to sending funds by visiting our website at www.roundpointmortgage.com/payments/payoff-requests.

We are committed to providing you exceptional service. Please do not hesitate to contact us at 877-426-8805. Representatives are available Monday through Friday from 8:00 a.m. until 9:00 p.m. and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time.


Sincerely,

Customer Service
RoundPoint Mortgage Servicing LLC
NMLS ID# 18188
www.roundpointmortgage.com

XP011 - 020                                                   Page 1

# roundpoint

## Payoff Statement

Statement Date: June 16, 2026

| Summary Information | |
|---|---|
| Loan Number: | ███████ |
| Statement Void After*: | June 16, 2026 |
| Per Diem Interest Amount: | $28.36 |
| Total to Pay Loan In Full: | $229,691.22 |

*Interest charges, late fee, and other charges will continue to accrue until the loan is paid in full. Issuance of this statement does not suspend the contractual requirement to make mortgage payments when due.*

| Loan Information | | | |
|---|---|---|---|
| Borrower Name: | Danielle Bernard Kristy Bernard | Loan Type: | CONV W/ PMI |
| Property Address: | 216 Folin St Coatesville PA 19320 | Principal Balance: Next Payment Due Date: | $230,048.49 August 01, 2026 |

| Summary of Amounts Due | |
|---|---|
| Current Unpaid Principal Balance | $230,048.49 |
| Interest at 4.50000% as of June 16, 2026 | $-439.02 |
| Recording Cost | $81.75 |
| Total to Pay In Full Through June 16, 2026 | $229,691.22 |

*You are required to request an updated payoff statement if the funds will be received after June 16, 2026.*

## Instructions for Paying Your Loan in Full

Payoff funds must adhere to the below requirements and will be accepted by cashier's check, money order, certified funds, an attorney's trust check or wire. Failure to provide necessary information, or funds received after 5:00 p.m. Eastern Standard Time, may cause delays in processing and result in additional interest due.

**Be Careful:** Scammers may attempt to provide false payoff instructions to divert funds—even creating altered payoff quotes! Confirm you are using the correct wiring instructions prior to sending funds by visiting our website at www.roundpointmortgage.com/payments/payoff-requests.

| Overnight Mailing Instructions | Wire Transfer Instructions |
|---|---|
| RoundPoint Mortgage Servicing LLC | RoundPoint Mortgage Servicing LLC |
| Attn: Payment Processing Center | Bank of America |
| 446 Wrenplace Rd | Charlotte, NC 28217 |
| Fort Mill, SC 29715 | ABA Number: 026009593 |
| | Account Number: 000655371906 |
| *Reference on face of check(s): Loan Number, Borrower's Name, and Property Address* | *Reference Loan Number Borrower's Name, and Property Address* |

## Important information on Payoff Shortages

Issuance of this statement does not suspend interest, late fees, or other charges on your loan. We will continue to pay escrowed items between the date the payoff quote is issued and the date the payoff funds are received as required. If there are insufficient funds in the escrow account to cover escrow disbursements, we will advance the funds necessary to pay the escrowed item. Any amounts advanced are your responsibility. A new statement will be sent to you if the total amount to pay off increases before the expiration date of this statement which is June 16, 2026.

If we receive insufficient funds to pay the amount due as described in this or any subsequent statements, we may treat

your payment as instruction to use remaining funds in your escrow account towards the payoff shortage. If the shortage cannot be cured, the funds may be rejected and your loan will not be paid in full. Please note, until your loan is paid in full, interest and charges will continue to accrue under the terms of your loan and the lien will remain in full force. The Mortgage or Security Deed of record will not be cancelled until all funds are verified and paid in full.

We will return any remaining escrow or payoff overage funds within 20 business days of your payment in full, or sooner if required by applicable law.

We are committed to providing you exceptional service. Please do not hesitate to contact us at 877-426-8805. Representatives are available Monday through Friday from 8:00 a.m. until 9:00 p.m. and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time.

(See disclosures on next page)

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay or is provided for in a confirmed plan, this communication is for regulatory compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

Notice to Customers: We may report information about your mortgage account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you have received a discharge of this debt in bankruptcy, you have no personal obligation to repay this debt. However, the lender may still foreclose on your property if the debt is not paid as required by the loan documents. This payoff statement is provided at your request and for your convenience. This is not an attempt to collect a debt that has been discharged, nor a demand for payment.

Unlike the principal you pay with each monthly payment which reduces your loan balance upon receipt, the interest you pay is applied to interest accrued for the previous month. This is because interest must be earned by the mortgagee before it is owed by the mortgagor. Therefore, the payoff amount includes interest for the current month even though the current month's payment may have already been made.

This statement was prepared on June 16, 2026. The total to pay off as of June 16, 2026 is $229,691.22.

If you would like to request an updated payoff, email us at ServicingHelp@RoundPointMortgage.com or call us at 877-426-8805.

If you would like to request a lien release, send your request to:

> RoundPoint Mortgage Servicing LLC
> Lien Release Department
> P.O. Box 19409
> Charlotte, NC 28219-9409

FOR TEXAS RESIDENTS: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE COMPANY OR RESIDENTIAL MORTGAGE LOAN ORIGINATOR LICENSED IN TEXAS SHOULD SEND A COMPLETED COMPLAINT FORM TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING (SML): 2601 N. LAMAR BLVD., SUITE 201, AUSTIN, TEXAS 78705; TEL: 1-877-276-5550. INFORMATION AND FORMS ARE AVAILABLE ON SML'S WEBSITE: SML.TEXAS.GOV.

TEXAS FINANCE CODE § 343.106 REQUIRES PAYOFF STATEMENT CONTAIN CLOSING DATE AND DATE THROUGH WHICH PAYOFF AMOUNT IS VALID. THESE REQUIREMENTS CANNOT BE DELETED FROM PAYOFF STATEMENT.

TEXAS FINANCE CODE § 343.106 REQUIRES THE IMPLEMENTING RULE TO ALLOW MORTGAGE SERVICERS AT LEAST SEVEN (7) BUSINESS DAYS FROM THE DATE OF RECEIPT OF PAYOFF REQUEST TO RESPOND TO A REQUEST MADE UNDER THE STATUTE. ANY AMOUNT HELD IN ESCROW AT CLOSING WILL BE SETTLED IN ACCORDANCE WITH APPLICABLE FEDERAL LAW.

FOR COLORADO RESIDENTS: Within the state of Colorado, RoundPoint Mortgage Servicing LLC maintains an office at 1375 Ken Pratt Blvd., Suite 300A, Longmont, CO 80501. The telephone number is 303-920-4763.

FOR NORTH CAROLINA RESIDENTS: RoundPoint Mortgage Servicing LLC is a licensed debt collector (Collection Agency License #521631906) and is located at 446 Wrenplace Road, Fort Mill, SC 29715.

**FOR OREGON RESIDENTS:** Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 877-426-8805 or ServicingHelp@RoundPointMortgage.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.